NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WADE LESLIE BARRESSE,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-5136
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
    )

Opinion filed May 8, 2019.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender,
and Stephania A. Gournaris, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.